United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **SINGH JASWINDER,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00081** |
| § | |
| **MIGUEL VERGARA,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On January 21, 2026, Respondents filed a motion for an extension of time to file a response. (Dkt. 4.) The Court finds good cause supports Respondents' request for an extension, however, given the limited nature of the claim in the Petition, the Court finds that an extension of the response deadline to **January 27, 2026 at 5 PM** is proper.

Respondents' Motion to Extend Response Deadline is **GRANTED IN PART**. Respondents are **ORDERED** to file a response no later than **January 27, 2026, at 5 PM Central Standard Time.**

SIGNED this January 22, 2026.

Diana Saldaña
United States District Judge

1 / 1