United States District Court
Southern District of Texas

**ENTERED**

February 11, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SINGH JASWINDER,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00081** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Petitioner's Petition for Writ of Habeas Corpus raises the claim that Petitioner's current detention under 8 U.S.C. § 1225 without an individualized assessment of Petitioner's flight risk and dangerousness violates Petitioner's due process rights under the Fifth Amendment. Similar arguments have been addressed by courts in this circuit. *See Vieira v. De Anda-Ybarra*, 2025 WL 2937880, at *6 (W.D. Tex. Oct. 16, 2025).

Respondents are **ORDERED** to respond to Petitioner's due process claim by **February 17, 2026**. Should Petitioner choose to file a reply to Respondent's supplemental response, Petitioner must do so by **February 20, 2026**.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the address indicated in Petitioner's most recent filing.

IT IS SO ORDERED.

SIGNED this February 10, 2026.

_____
Diana Saldaña
United States District Judge